# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cleveland-Cliffs Inc., | Case No.: 21-CV-1293 (PAM/DTS) |
| Plaintiff, | |
| v. | **DEFENDANT ESSAR GLOBAL FUND LIMITED'S MOTION TO DISMISS** |
| Ravikant Ruia and Essar Global Fund Limited, | |
| Defendants. | |

To: Plaintiff Cleveland-Cliffs Inc. and Their Counsel of Record, Kristin K. Zinsmaster, Esq., Jones Day, 90 South Seventh Street, Suite 4950, Minneapolis, MN 55402; and Robert S. Faxon, Esq. and Kristin S.M. Morrison, Esq., Jones Day, North Point, 901 Lakeside Avenue, Cleveland, OH 44114.

Defendant Essar Global Fund Limited ("Defendant") moves this Court to grant its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12. Defendant's Motion is brought based upon the pleadings, all of the files, records, and proceedings herein, and Defendant's Memorandum of Law served and filed pursuant to the applicable rules of practice and this Court's briefing schedule.

Dated: August 26, 2021

**WINTHROP & WEINSTINE, P.A.**

*s/ Brent A. Lorentz*
Brent A. Lorentz, #386865
Andrew Escher, #401218
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 604-6481
blorentz@winthrop.com
aescher@winthrop.com

*Attorneys for Defendant Essar Global Fund Limited*

22318655v1