UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cleveland-Cliffs Inc., | |
| Plaintiff, | Civil File No.: 021-CV-01293 (KMM/DTS) |
| v. | |
| Ravikant Ruia and Essar Global Fund Limited, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| Defendants. | |

Plaintiff Cleveland-Cliffs Inc. and Defendants Ravikant Ruia and Essar Global Fund Limited stipulate and agree that all claims brought by Plaintiff against Defendants are hereby dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney's fees.

Dated:     August 15, 2022            **JONES DAY**

By: */s/ Kristin K. Zinsmaster*
Kristin K. Zinsmaster (MN #0391299)
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota 55402
Telephone: +1.612.217.8800
E-mail: kzinsmaster@jonesday.com

-and-

Robert S. Faxon (admitted pro hac vice)
Kristin S.M. Morrison (admitted pro hac vice)
Robert H. Hendricks (admitted pro hac vice)
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: +1.216.586.3939
Facsimile: +1.216.579.0212
E-mail:  rfaxon@jonesday.com
            kmorrison@jonesday.com
            rhendricks@jonesday.com

*ATTORNEYS FOR PLAINTIFF*

Dated: August 15, 2022            **WINTHROP & WEINSTINE, P.A.**

By: */s/ Brent A. Lorentz*
Brent A. Lorentz, #386865
Andrew S. Escher, #401218
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 604-6481
blorentz@winthrop.com
aescher@winthrop.com

*ATTORNEYS FOR DEFENDANTS*