UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cleveland-Cliffs Inc., | |
| Plaintiff, | File No. 21-CV-1293 (KMM/DTS) |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Ravikant Ruia and Essar Global Fund Limited, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on August 15, 2022 (ECF No. 39), IT IS HEREBY ORDERED that this action is dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party.

Date: August 17, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge